United States District Court

Eastern District of California

GARY DALE HINES,

        Petitioner,                  Civ. S-98-0784 GEB PAN

    vs.                              <u>DEATH PENALTY CASE</u>

STEVE ORNOSKI, Acting Warden
of San Quentin State Prison,       ORDER

        Respondent.

-oOo-

Petitioner's November 21, 2005, *ex parte* application for an extension of time to and including December 15, 2005, to file objections to the findings and recommendation is granted.

So ordered.

Dated: November 23, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge