IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DALE HINES,

    Petitioner,

vs.

EDDIE YLST, Acting Warden,

    Respondent.
_____/

No. CIV S 98-0784 GEB EFB DP

**DEATH PENALTY CASE**

<u>ORDER</u>

The parties are hereby ordered to brief the impact of *Cullen v. Pinholster*, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings. Respondent's initial brief shall be filed on or before July 8, 2011. Petitioner's response shall be filed on or before August 8, 2011. Respondent's reply, if any, shall be filed on or before August 30, 2011.

DATED: June 7, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE