1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11                                  * * *

| | |
|---|---|
| 12  GARY DALE HINES, | No. CIV S-98-0784-GEB EFB (HC) |
| 13                Petitioner, | ***DEATH PENALTY CASE*** |
| 14  vs. | **ORDER RE *EX PARTE*** |
| | **APPLICATION FOR EXTENSION** |
| 15  MICHAEL MARTELL, Warden of the | **OF TIME TO FILE RESPONSIVE** |
| California State Prison at San Quentin, | **BRIEF RE *CULLEN v. PINHOLSTER*** |
| 16 | |
| 17                Respondent. | |

18        Petitioner, by his counsel, seeks an *ex parte* extension of time of 35 days to file his

19  responsive brief.  Petitioner's brief is currently due on August 8, 2011.

20        Good cause appearing, Petitioner's application for an extension of time within which to

21  file his responsive brief is GRANTED.  Petitioner's responsive brief shall be filed no later than

22  3:30 on Monday, September 12, 2011.

23        Respondent's Reply Brief, if any, shall be filed on or before October 3, 2011.

24  DATED:  July 26, 2011.

25
                                       EDMUND F. BRENNAN
26                                     UNITED STATES MAGISTRATE JUDGE
27
28