1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  KATHLEEN A. MCKENNA, State Bar No. 202916
   Supervising Deputy Attorney General
3  CRAIG S. MEYERS, State Bar No. 178350
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7691
6   Fax: (916) 324-2960
    E-mail: Craig.Meyers@doj.ca.gov
7  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DALE HINES,** | 2:98-cv-00784-TLN-EFB |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | (~~Proposed~~) **ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| **RONALD DAVIS, Warden of San Quentin State Prison,** | |
| Respondent. | |

Respondent's counsel has submitted an unopposed motion for extension of time in which to file a motion for summary judgment on all remaining issues from June 4, 2018, to and including August 6, 2018.

Good cause appearing, it is hereby ordered that:

1. Respondent's unopposed motion to file and serve his motion for summary judgment on all remaining issues is granted to and including August 6, 2018.

2. Petitioner's opposition shall be filed on or before November 2, 2018.

4

3. Respondent's reply shall be filed on or before December 7, 2018.

IT IS SO ORDERED

DATED: May 16, 2018

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE