IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DALE HINES,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**MICHAEL MARTEL, Warden of San Quentin State Prison,**<br><br>　　　　　　　　　　　Respondent. | Case No. 2:98-cv-00784-TLN-EFB<br><br>**DEATH PENALTY CASE**<br><br>**(Proposed) ORDER GRANTING RESPONDENT' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Respondent's counsel has submitted an unopposed motion for extension of time in which to file a motion for summary judgment on all remaining issues from August 3, 2018, to and including October 2, 2018.

Good cause appearing, it is hereby ordered that:

1. Respondent's unopposed motion to file and serve his motion for summary judgment on all remaining issues is granted to and including October 2, 2018.

2. Petitioner's opposition shall be filed on or before January 2, 2019.

3. Respondent's reply shall be filed on or before February 8, 2019.

1

1     IT IS SO ORDERED

2 Dated: July 16, 2018

3                                                 The Honorable Edmund F. Brennan