1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY DALE HINES,                      No. 2:98-cv-0784-TLN-EFB DP

12                 Petitioner,

13        v.                               DEATH PENALTY CASE

14   MICHAEL MARTEL, Warden of San         ORDER
     Quentin State Prison,
15
                   Respondent.
16

17

18         Petitioner is a prisoner on California's Death Row seeking a writ of habeas corpus

19   pursuant to 28 U.S.C. § 2254.  He is currently represented by attorneys Mary Louise Frampton

20   and Scott W. Williams.  On September 26, 2018, Ms. Frampton filed a motion to withdraw as

21   attorney for petitioner.  ECF No. 346.  She states that the responsibilities associated with her

22   position – accepted in January of 2017 – as a professor at King Hall School of Law, University of

23   California, Davis are beyond those contemplated by a normal, full-time position.  *Id.* at 2.  Those

24   responsibilities include teaching and directorship of the Aoki Center for Critical Race and Nation

25   Studies.  *Id.*  As a consequence, she can no longer devote adequate time to these capital habeas

26   proceedings.

27         Ms. Frampton states that petitioner has been notified of her intent to withdraw.  *Id.*  Mr.

28   Williams remains petitioner's counsel.  *Id.*  Finally, potential replacement counsel has been

                                               1

identified by the Federal Public Defender of the Eastern District of California. *Id.* Ms. Frampton asks that the court refer this matter to the Selection Board for recommendation of replacement counsel. *Id.*

Good cause being shown, it is HEREBY ORDERED that:

1. The motion to withdraw (ECF No. 346) is GRANTED;

2. This matter is referred to the Selection Board for the United States District Court for the Eastern District of California to recommend qualified replacement counsel for appointment by this court; and

3. The Clerk of Court is directed to serve a copy of this order on: (1) Kurt Heiser, CJA Administrator, Office of the Federal Defender; and (2) Kelly Culshaw, Capital Habeas Unit, Office of the Federal Defender.

DATED:  October 18, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE