UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE HINES,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, Warden of San Quentin State Prison,<br><br>Respondent. | No. 2:98-cv-0784-TLN-EFB DP<br><br>DEATH PENALTY CASE<br><br>ORDER |

Petitioner is a prisoner on California's Death Row seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 26, 2018, Mary Louise Frampton moved to withdraw as co-counsel for petitioner, citing other responsibilities that precluded her ongoing representation in this case. ECF No. 346. The court granted the motion to withdraw on October 18, 2018, and referred the matter to the Selection Board so that qualified replacement co-counsel[1] could be recommended. ECF No. 347. The Federal Defender's office has notified the court that Daniel Olmos of Nolan Barton & Olmos LLP is available and willing to assume appointment.

It is therefore ORDERED that:

1. Daniel Olmos is appointed as co-counsel for petitioner; and

/////

---

[1] Scott Wayne Williams of Berkey Williams LLP is also representing petitioner.

1

2. The Clerk of Court is directed to serve a copy of this order on (1) Kurt Heiser, CJA Administrator, Office of the Federal Defender; and (2) Kelly Culshaw, Capital Habeas Unit, Office of the Federal Defender.

DATED: October 31, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE