# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GARY DALE HINES,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | Case No. 2:98-cv-0784-TLN-EFB DP<br><br>***DEATH PENALTY CASE***<br><br>[~~PROPOSED~~] ORDER RE APPLICATION FOR EXTENSION OF TIME |

Petitioner, by his counsel, has submitted an unopposed motion for an extension of time to file his response to Respondent's Motion for Summary Adjudication filed on January 29, 2019, from March 5, 2019 to May 3, 2019.

Good cause appearing, it is hereby ordered that:

1. Petitioner's unopposed motion to file and serve his response to Respondents' Motion for Summary Adjudication is granted to and including May 3, 2019.

1

[~~PROPOSED~~] ORDER                                                                 Case No. 2:98-cv-0784-TLN-EFB DP

2. Respondent's reply, if any, shall be filed on or before June 17, 2019.

IT IS SO ORDERED.

DATED: February 8, 2019.

/s/ Edmund F. Brennan
_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE