**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GARY DALE HINES,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | Case No. 2:98-cv-0784-TLN-EFB DP<br><br>***DEATH PENALTY CASE***<br><br>[~~PROPOSED~~] **ORDER RE APPLICATION FOR EXTENSION OF TIME** |

Petitioner, by his counsel, has submitted a third unopposed motion for an extension of time to file his response to Respondent's Motion for Summary Adjudication filed on January 29, 2019, from July 2, 2019 to October 30, 2019.

Good cause appearing, it is hereby ordered that:

1. Petitioner's unopposed motion to file and serve his response to Respondents' Motion for Summary Adjudication is granted to and including October 30, 2019.

1

[~~PROPOSED~~] ORDER                                                                    Case No. 2:98-cv-0784-TLN-EFB DP

2. Respondent's reply, if any, shall be filed on or before December 14, 2019 or 45 days from the date Petitioner's Response is filed.

IT IS SO ORDERED.

DATED: June 27, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE