# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GARY DALE HINES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL MARTEL, Warden of the California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 2:98-cv-00784-TLN-JDP (DP)<br><br>***DEATH PENALTY CASE***<br><br>[PROPOSED] ORDER RE APPLICATION FOR EXTENSION OF TIME |

　　　Petitioner, through counsel, seeks an extension of time of an additional 90 days to respond to the Magistrate Judge's Findings and Recommendations (Document 368) filed on February 23, 2024.  Petitioner's response is currently due on March 25, 2024.

　　　Good cause appearing, Petitioner's application for an extension of time within which to file his response is GRANTED. Petitioner's response shall be filed no later than June 24, 2024.

　　　IT IS SO ORDERED.

Dated:　　March 6, 2024　　　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---