# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GARY DALE HINES,<br><br>    Petitioner,<br><br>  vs.<br><br>MICHAEL MARTEL, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | Case No. 2:98-cv-00784-TLN-JDP (DP)<br><br>***DEATH PENALTY CASE***<br><br>[PROPOSED] ORDER RE APPLICATION FOR EXTENSION OF TIME |

Petitioner, through counsel, seeks an extension of time of an additional 25 days to respond to the Magistrate Judge's Findings and Recommendations (Document 368) filed on February 23, 2024. Petitioner's response is currently due on June 24, 2024.

Good cause appearing, Petitioner's application for an extension of time within which to file his response is GRANTED. Petitioner's response shall be filed no later than July 19, 2024.

IT IS SO ORDERED.

Dated:   June 21, 2024                /s/ Jeremy Peterson
                                                               JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE

2

Gary Hines v. Michael Martel; Case No. 2:98-cv-00784-TLN-JDP
Petitioner's Request for Extension of Time to File Objections to Findings and Recommendations of Magistrate Judge (Dkt. 368]; Declaration of Counsel In Support Thereof