UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE HINES, | Case No. 2:98-cv-00784-TLN-JDP |
| Petitioner, | |
| v. | **ORDER** |
| MICHAEL MARTEL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations, which the Court considered. (ECF No. 373.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 23, 2024, are ADOPTED IN FULL;

2. Respondent's Motion for Summary Judgment (ECF No. 351) is GRANTED as to Claims B(7), B(8), B(9), B(10); E; F(5)(C), H(14), H(15), L(6), and L(7) and claims B(7), B(8), B(9), B(10), E; F(5)(C), H(14), H(15), L(6), and L(7) of the Amended Petition for Writ of Habeas Corpus (ECF No. 74) are dismissed;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

Date: September 16, 2024

_____
Troy L. Nunley
United States District Judge